UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
         - v -                    :
                                  :     **17 Cr. 654 (RMB)**
ALLANMON MAVUMKAL,                :
                                  :
                  Defendant.      :
------------------------------------------------------------X

Richard M. Berman, United States District Judge:

     The Bureau of Prisons and the GEO Group are directed to release to defense counsel (Clay H. Kaminsky, clay_kaminsky@fd.org, Federal Defenders of New York, Inc., 52 Duane Street, 10th Floor, New York, NY 10007) as soon as possible, and in any event no later than May 5, 2020, the medical records of Allanmon Mavumkal (Reg. No. 76074-054) from the time he entered into the custody of the Bureau of Prisons to present.

Dated:  New York, New York          **SO ORDERED:**
        May 5, 2020

                                    _____
                                    HONORABLE RICHARD M. BERMAN
                                    UNITED STATES DISTRICT JUDGE