*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2020

**BY ECF AND EMAIL**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Allanmon Mavumkal, 17 Cr. 654 (RMB)

Dear Judge Berman:

    Earlier this morning, May 22, 2020, the defendant filed a motion for compassionate release. (Doc. No. 58.) The Government respectfully requests that its response to the motion be due no later than May 29, 2020, so that, among other things, the Government can attempt to obtain relevant information as well as attempt to provide notice of the defendant's motion to the victims of the nine livery cab robberies the defendant committed, consistent with the Government's obligations under the Crime Victims' Rights Act.

                          Respectfully submitted,

                          GEOFFREY S. BERMAN
                          United States Attorney for the
                          Southern District of New York

               By: _/s/ Justin Rodriguez_
                          Justin V. Rodriguez
                          Assistant United States Attorney
                          (212) 637-2591

cc:    Clay Kaminsky, Esq. (by ECF and email)

Application granted.

SO ORDERED:
Date: 5/22/2020
_Richard M. Berman_
Richard M. Berman, U.S.D.J.