**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 1, 2020

**BY ECF AND EMAIL**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Allanmon Mavumkal,</u>
             <u>17 Cr. 654 (RMB)</u>

Dear Judge Berman:

    I filed a compassionate release motion on behalf of Allanmon Mavumkal on May 22, 2020. The government filed its opposition on May 29, 2020. I hereby request leave to file a reply in further support of Mr. Mavumkal's motion by June 4, 2020.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:    AUSA Justin Rodriguez

Application granted.

SO ORDERED:
Date: 6/2/2020

Richard M. Berman, U.S.D.J.